UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALVIN MERLE MEREDITH,

**INDICTMENT**

      Defendant.

_____/

The Grand Jury charges:

## COUNT 1

**(Felon in Possession of Ammunition)**

On or about February 11, 2024, in Ingham County, in the Southern Division of the Western District of Michigan,

ALVIN MERLE MEREDITH,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed three 9mm Luger Blazer rounds and one PMC Luger round, at or near a residence on South Cedar Street, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 2

**(Felon in Possession of Ammunition)**

On or about February 15, 2024, in Ingham County, in the Southern Division of the Western District of Michigan,

ALVIN MERLE MEREDITH,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed three 9mm Mak rounds; one 9mm Luger Hornady round; and one 9mm Luger Blazer round, inside a Jeep Renegade, and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Count 2 of this Indictment, Defendant,

ALVIN MERLE MEREDITH,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense. The property to be forfeited includes, but is not limited to, the following:

(1) Three rounds of 9mm Mak ammunition;

(2) One round of 9mm Luger Hornady ammunition; and

(3) One round of 9mm Luger Blazer ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____[ /s/ Redacted ]_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
LATOYIA T. CARPENTER
Assistant United States Attorney